AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Tasha Uses Arrow<br><br><br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  1:26-cr-087-01 |

## ARREST WARRANT

**REC'D USMS-D/ND**
**2026 MAY 14 12:27**

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Tasha Uses Arrow                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Burglary in Indian Country
Assault Resulting in Serious Bodily Injury (3 counts)
Aiding and Abetting

Date:     05/14/2026

/s/ Angel Pedersen
*Issuing officer's signature*

City and state:    Bismarck, ND

/s/ Angel Pedersen, Deputy Clerk
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*  5/14/26            , and the person was arrested on *(date)*  5/18/26
at *(city and state)*  BISMARCK, ND            .

Date: 5/19/26

*Anthony Melrose*
*Arresting officer's signature*

DUSM ANTHONY MELROSE
*Printed name and title*